SEYMOUR FORREST, Doing Business as FORREST INTERNATIONAL, Plaintiff, v. BRUNS-NORDEMAN CORPORATION, Appellant. MAURICE COHEN, Intervener, Third-Party Plaintiff-Respondent, v. SEYMOUR FORREST, Doing Business as FORREST INTERNATIONAL, Third-Party Defendant, and BRUNS-NORDEMAN CORPORATION, Third-Party Defendant-Appellant.— Order unanimously modified by imposing on the intervener, as a condition for being permitted to intervene, payment to defendant-appellant, of a sum equivalent to a full bill of costs to the date of intervention and, as so modified, affirmed, without costs on this appeal. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

In the Matter of JAMES F. CAREY, JR., Appellant, against JACOB GRUMET, as Fire Commissioner of the City of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

In the Matter of ROLLIN BROWNE, Appellant, against JOSEPH D. MCGOLDRICK, as State Rent Administrator, et al., Respondents.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

MARIANTHIE PROCOPIOU, Respondent, v. DEMETRIUS HELIOPOULOS et al., Appellants.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the orders. Settle orders on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

SYDNEY L. FINKEL, as Administratrix of the Estate of FRANK LEVINE, Deceased, Respondent, v. SUN DAWN GARDENS, INC., et al., Appellants.— Order unanimously reversed, with $10 costs and disbursements to the appellants. The plaintiff's decedent was the broker and the witness sought to be examined was his salesman in the transaction who it is alleged is the only individual with any knowledge of the events constituting plaintiff's cause of action. This constitutes sufficient special circumstances to warrant the granting of the motion. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

In the Matter of 16 JOHN STREET CORPORATION, Respondent. ARTHUR L. STRASSER et al., Copartners Doing Business under the Name of RIEGELMAN, STRASSER, SCHWARZ & SPIEGELBURG, Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

7